LAW OFFICES

**BALLARD SPAHR ANDREWS & INGERSOLL, LLP**

919 NORTH MARKET STREET  12TH FLOOR
WILMINGTON, DELAWARE 19801-3034
302-252-4465
FAX: 302-252-4466
WWW.BALLARDSPAHR.COM

PHILADELPHIA, PA
BALTIMORE, MD
BETHESDA, MD
DENVER, CO
LAS VEGAS, NV
LOS ANGELES, CA
PHOENIX, AZ
SALT LAKE CITY, UT
VOORHEES, NJ
WASHINGTON, DC

KATIE ARRINGTON D'EMILIO
DIRECT DIAL: (302) 252-4450
PERSONAL FAX: (302) 355-0831
E-MAIL: DEMILIOK@BALLARDSPAHR.COM

April 18, 2008

The Honorable Joseph J. Farnan, Jr
United States District Court for the District of
Delaware
844 North King Street
Room 4124, Lockbox 27
Wilmington, Delaware 19801

> Re:     Chase Bank USA, N.A. v. Hess Kennedy Chartered, LLC, et al., Case No.
> 08-121 JJF

Dear Your Honor:

Plaintiff Chase Bank USA, N.A's Response to Defendants' Motion to Dismiss or, in the Alternative, to Transfer to the Southern District of Florida in the above-captioned case is being filed today. Unfortunately, Plaintiff's attorney, Beth Moscow-Schnoll, has been called out of the office due to an immediate family emergency. While my office will be able to file the brief today in her absence, we would request permission to file the appendix of exhibits as early as possible next week.

Mr. Beste is out of the office this afternoon; however, I have left him a message to let him know of the situation.

Should Your Honor have any questions, or require further information, please do not hesitate to contact me.

Respectfully submitted,

Katie Arrington D'Emilio (No. 4824)

KAD/
cc:     Robert K. Beste, Jr., Esquire

DMEAST #10023610 v1