# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

CHASE BANK USA, N.A.,                          :
                                               :
     Plaintiff,                                :
                                               :
     v.                                        :
                                               :
HESS KENNEDY CHARTERED, LLC,                   :
LAURA L. HESS, EDWARD T. KENNEDY,              :        Civil Action No. 08-121-JJF
LAURA HESS & ASSOCIATES, P.A.,                 :
HESS KENNEDY HOLDINGS, LTD.,                   :
HESS KENNEDY COMPANY CHARTERED                 :
BWI, THE CONSUMER LAW CENTER, LLC,             :
THE CONSUMER LAW CENTER OF DELRAY              :
BEACH, LLC, THE CONSUMER LAW                   :
CENTER OF BOCA RATON, INC., THE                :
CAMPOS CHARTERED LAW FIRM, JEFF                :
CAMPOS, P.A., JEFFREY S. CAMPOS, LEGAL         :
DEBT CENTER, LLC,                              :
                                               :
     Defendants.                               :

## APPENDIX TO CHASE BANK USA, N.A.'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, <u>TO TRANSFER TO THE SOUTHERN DISTRICT OF FLORIDA</u>


Beth Moskow-Schnoll (No. 2900)
BALLARD SPAHR ANDREWS
  & INGERSOLL, LLP
919 N. Market Street, 12th Floor
Wilmington, DE  19801
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
Email: moskowschnollb@ballardspahr.com

Attorneys for Plaintiff
Chase Bank USA, N.A.

OF COUNSEL:

David H. Pittinsky, Esquire
Alan S. Kaplinsky, Esquire
Mark J. Levin, Esquire
BALLARD SPAHR ANDREWS
  & INGERSOLL, LLP
1735 Market Street, 51st  Floor
Philadelphia, PA  19103
(215) 665-8500

DMEAST #10023483 v1

# INDEX TO EXHIBITS

Hess Kennedy Chartered LLC, et al. v. Chase Bank U.S.A., N.A.,
Complaint filed in the Southern District of Florida, Case No. 08-60321-WPD ............. Exhibit B

Hess Kennedy Chartered Certificate of Conversion and attached
Articles of Organization filed 8/31/07.............................................................................. Exhibit C

Hess & Associates Articles of Amendment filed 5/25/07 ............................................... Exhibit D

Hess Kennedy Holdings Articles of Organization filed 12/5/06 ..................................... Exhibit E

Hess Kennedy Holdings 2007 Annual Report filed 4/30/07 .......................................... Exhibit F

Consumer Law Center Articles of Organization filed 12/4/06 ....................................... Exhibit G

Consumer Law Center 2007 Annual Report filed 4/30/07 .............................................. Exhibit H

Hess Kennedy Holdings Articles of Amendment filed 8/31/07 ...................................... Exhibit I

Hess Kennedy Chartered 2008 Annual Report filed 4/8/08 ............................................ Exhibit J

Campos Chartered Law Firm 2007 Annual Report filed 4/25/07 ................................... Exhibit K

Campos Chartered Law Firm 2008 Annual Report filed 4/8/08 ..................................... Exhibit L

Jeff Campos, P.A. 2007 Annual Report filed 4/26/07..................................................... Exhibit M

Jeff Campos, P.A. 2008 Annual Report filed 4/8/08....................................................... Exhibit N

Laura Hess & Associates 2008 Annual Report filed 1/3/08............................................ Exhibit O

Hess Kennedy Holdings 2008 Annual Report filed 4/8/08 ............................................. Exhibit P

Consumer Law Center 2008 Annual Report filed 4/8/08................................................ Exhibit Q

Campos Chartered Law Firm Website ........................................................................... Exhibit R

Hess Kennedy Website................................................................................................... Exhibit S

Laura Hess & Associates Articles of Amendment filed 2/27/08 .................................... Exhibit T

The Consumer Law Center Articles of Amendment filed 10/4/07 ................................. Exhibit U

Hess Kennedy Chartered Letter dated 3/3/08................................................................. Exhibit V

# EXHIBIT B

IN THE SOUTHERN DISTRICT OF FLORIDA
CASE NO.:

HESS KENNEDY CHARTERED, LLC;
LAURA L. HESS; EDWARD T. KENNEDY;
HESS KENNEDY HOLDINGS, LTD.;
LAURA HESS & ASSOCIATES, P.A.;
THE CONSUMER LAW CENTER, LLC;
THE CAMPOS CHARTERED LAW FIRM;
JEFF CAMPOS, P.A.; JEFFREY S. CAMPOS;
LEGAL DEBT CENTER, LLC.

**08-60321**

**CIV-DIMITROULEAS**
ROSENBAUM

        Plaintiffs,

vs.

CHASE BANK USA, N.A.,

        Defendants.

_____/

## COMPLAINT FOR DECLARATORY JUDGMENT

Plaintiff, by and through undersigned counsel, brings this Complaint as follows:

## JURISDICTION AND VENUE

1.    This Court has jurisdiction over the parties and subject matter pursuant to 28

U.S.C §§ 2201; 2202; and 1332.

2.    Venue is proper in the Southern District of Florida because HESS plaintiffs

reside and maintain their principal place of business is in the Southern District of Florida. Most

of the acts of HESS's business are performed within the Southern District of Florida. A majority

of the witnesses in this matter reside in the Southern District of Florida. Defendant CHASE has

communicated with HESS through telecommunications into the Southern District of Florida.

Those communications give rise to the request for declaratory relief sought in this lawsuit.

*Complaint*
*Hess v. Chase*

## INTRODUCTION

3.      The Truth in Lending Act (TILA) 15 U.S.C. § 1601 et seq. was enacted to ensure that creditors provide a meaningful disclosure of credit terms so that consumers will be able to compare more readily the various credit terms available to them, avoid the uniformed use of credit, and protect consumers against inaccurate and unfair credit billing and credit card practices.

4.      To this end, the credit transaction provisions of the TILA require creditors to clearly and conspicuously disclose certain key terms and costs before consummating a credit transaction.

5.      Once the consumer has taken advantage of the credit offered, the creditor is required to send periodic statements disclosing among other things, the balance on which the finance charge is computed and how the balance was determined.

6.      In the event that a consumer believes that a periodic statement contains a billing error, the TILA requires that the consumer respond, within 60 days, to the creditor's statement of account with a written notice that he or she believes a billing error has occurred.

7.      The written notice complies with the TILA when it (1) sets forth or otherwise enables the creditor to identify the name and account number (if any) of the obligor, (2) indicates the obligor's belief that the statement contains a billing error and the amount of such billing error, and (3) sets forth the reasons for the obligor's belief (to the extent applicable) that the statement contains a billing error.

8.      When the consumer responds as set forth above, the creditor must comply with the provisions of the TILA.

*Complaint*
*Hess v. Chase*

## PLAINTIFFS

9.      Laura Hess is a citizen of the State of Florida. She is the principal in a law firm, Laura Hess & Associates; P.A., a Florida professional services corporation that is retained by consumers with credit card debt, with the limited purpose of auditing whether Chase Bank USA, N.A. was in compliance with the TILA and the Fair Credit Reporting Act ("FCRA").

10.     Laura Hess and Associates, P.A. is a Florida corporation with its principal place of business in Coral Springs, Fla.

11.     Hess Kennedy Holdings, Ltd. is a Florida limited liability company with its principal place of business in Coral Springs, Florida that provides employee staffing services for Plaintiff Laura Hess & Associates, P.A. and Plaintiff Jeff Campos, P.A.

12.     Hess Kennedy Chartered, LLC is a Florida limited liability company with its principal place of business in Coral Springs, Fla that provides payment processing services for Hess | Kennedy.

13.     The Consumer Law Center, LLC is a Florida limited liability company with its principal place of business in Coral Springs, Florida that provides payment processing services for The Consumer Law Center.

14.     The Campos Chartered law firm is a Florida corporation with its principal place of business in Coral Springs, Florida that is retained by consumers with credit card debt, with the limited purpose of auditing whether Chase Bank USA, N.A. was in compliance with the TILA and the FCRA.

15.     Jeff Campos, P.A. is a Florida corporation with its principal place of business in Coral Springs, Florida.

16.     Jeffrey S. Campos is a citizen of the State of Florida and is the principal in a law firm, Jeff Campos, P.A., a Florida professional services corporation that is retained by consumers with credit card debt, with the limited purpose of auditing whether Chase Bank USA, N.A. was in compliance with the TILA and the FCRA.

17.     Legal Debt Center, LLC is a Florida limited liability company with its principal place of business in Coral Springs, Florida that provides payment processing services on behalf of The Legal Debt Center.

18.     Edward T. Kennedy is a human being who is not Edward Cherry.    Edward Kennedy resides in Brussels.

19.     All plaintiffs will be collectively referred to as HESS.

20.     HESS wants to enforce consumer rights under the TILA and the FCRA free from the threat from Chase Bank USA, N.A. that doing so will result in criminal prosecution and liability for tortious interference with contractual relations.

## DEFENDANT

21.     The Defendant Chase Bank USA, N.A. ("CHASE") is a national bank and wholly owned subsidiary of JP Morgan Chase & Co.   The Defendant CHASE issues credit cards to consumers.   CHASE's main office is in Newark, Delaware.   CHASE is also the successor to Bank One, Delaware, N.A., a national banking association, by merger on October 1, 2004.

## FACTS

22.     On February 29, 2008, CHASE filed a lawsuit in the District of Delaware against all of the named plaintiffs in this matter in Case No. 1:08-cv-00121-UNA. (Exhibit J).

*Complaint*
*Hess v. Chase*

23.    In that lawsuit, CHASE alleges that the HESS plaintiffs committed the torts of: tortious interference with contractual relations; abuse of process; violation of Delaware deceptive trade practices act; Delaware consumer fraud act; and, conspiracy.

24.    On July 20, 2007, representatives of HESS and CHASE met in the Miami office of the Carlton Fields law firm.

25.    The meeting regarded certain letters that CHASE was receiving from the HESS on behalf of its clients.

26.    The letters contained information relating to CHASE credit card accounts and requested certain information relating to the nature and scope of the relationship between CHASE and HESS clients. (See Exhibits "A" "B" and "C").

27.    During the meeting, it was disclosed by CHASE that CHASE believed that the letters were a "scam," "illegal," and that CHASE was "under no obligation to respond to such letters."

28.    CHASE further disclosed that CHASE has received letters similar in kind to HESS'S letters and that CHASE has successfully obtained damages, injunctive relief, and caused the writers of such letters in some circumstances to be indicted and/or disbarred.

29.    CHASE requested that HESS  cease sending such letters; withdraw the letters already sent; notify its clients that its legal theories were not well-supported in the law or in its clients' best interests; notify its clients that they would be better served to request relief and payment arrangements from CHASE; and, recommend that its clients make the minimum monthly payments due.

30.    In the event that HESS did not perform these actions, CHASE would initiate litigation against the HESS and attempt to both cause its attorneys to be disbarred and criminally prosecuted.

31.    On August 17, 2007, Carlton Fields law firm, on behalf of CHASE, transmitted a letter to HESS again demanding that that HESS cease sending such letters; withdraw the letters already sent; notify its clients that its legal theories were not well-supported in the law or in its clients' best interests; notify its clients that they would be better served to request relief and payment arrangements from Defendant Chase; and recommend that its clients make the minimum monthly payments due. Carlton Fields closed its letter with the veiled threat that should HESS fail to do so, CHASE would ". . .proceed along the lines discussed at our meeting in Miami." (*See* Exhibit D.)

32.    HESS desires to notice CHASE of the billing errors in accordance with TILA, but fear the institution of litigation by CHASE, and do not desire to violate any criminal statute that CHASE may be referring to in their correspondence.

## THE STATUTE AT ISSUE

33.    Under 15 U.S.C. § 1666 if an obligor responds, within sixty days, to a creditor's statement of account pertaining to a consumer line of credit by properly notifying the creditor that he or she believes a billing error has occurred, the creditor must comply with the provisions of the Act. 15 U.S.C. § 1666(a).

34.    A written notice of a billing error complies with the requirements of 15 U.S.C. §1666 when it: (1) sets forth or otherwise enables the creditor to identify the name and account number (if any) of the obligor, (2) indicates the obligor's belief that the statement contains a billing error and the amount of such billing error, and (3) sets forth the reasons for the obligor's

*Complaint*
*Hess v. Chase*

belief (to the extent applicable) that the statement contains a billing error.    15 U.S.C.

§§1666(a)(1), (2), & (3).

35.    Under 15 U.S.C. §1666, a "billing error" is defined as any of the following:

> (1) A reflection on a statement of an extension of credit which was not made to the obligor or, if made, was not in the amount reflected on such statement.
>
> (2) A reflection on a statement of an extension of credit for which the obligor requests additional clarification including documentary evidence thereof.
>
> (3) A reflection on a statement of goods or services not accepted by the obligor or his designee or not delivered to the obligor or his designee in accordance with the agreement made at the time of a transaction.
>
> (4) The creditor's failure to reflect properly on a statement a payment made by the obligor or a credit issued to the obligor.
>
> (5) A computation error or similar error of an accounting nature of the creditor on a statement.
>
> (6) Failure to transmit the statement required under section 1637 (b) of this title to the last address of the obligor which has been disclosed to the creditor, unless that address was furnished less than twenty days before the end of the billing cycle for which the statement is required.
>
> (7) Any other error described in regulations of the Board. 15 U.S.C. §1666(b).

## DISCUSSION

36.    CHASE's periodic statement sent to users of the Chase credit card contains the

following explanation as to how CHASE calculated the resulting balance and in the same sized

font:

> Explanation of Finance Charge:
>
> We calculate periodic finance charges using the applicable periodic rates shown on this statement, separately for each feature (e.g., balance transfer/convenience checks and cash advances checks ("check transaction"), purchases, balance transfers, cash advances, promotional balances or overdraft advances). These calculations may combine different categories with the same daily periodic rates.

*Complaint*
*Hess v. Chase*

If there is a "V" next to a periodic rate on this statement, that rate may vary, and the index and margin used to determine that rate and its corresponding APR are described in your Cardmember Agreement, as amended. There is a minimum finance charge in any billing cycle in which you owe any periodic finance charges and a transaction finance charge for each balance transfer, cash advance, or check transaction, in the amounts stated in your Cardmember Agreement, as amended.

To get the daily balance for each day of the current billing cycle, we take the beginning balance for each feature, add any new transactions or other debits (including fees, unpaid finance charges and other charges), subtract any payments or credits, and make other adjustments. Transactions are added as of the transaction date, the beginning of the billing cycle in which they are posted to your account, or a later date of our choice (except that check transactions are added as of the date deposited by the payee or a later date of our choice). Fees are added either on the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle. This gives is that day's daily balance. A credit balance is treated as a balance of zero. If a daily periodic rate applies to any feature, we multiply the daily balance by the daily periodic rate to get your periodic finance charges for that day. We then add these periodic finance charges to your daily balance to get the beginning balance for the next day. (If more than one daily periodic rate could apply based on the average daily balance, we will use the daily periodic rate that applies for the average daily balance amount tal the end of the billing cycle to calculate the daily periodic finance charge each day.)

To get your total periodic finance charge for a billing cycle when a daily periodic rate(s) applies, we add all of the daily periodic finance charges for all features. To determine an average daily balance, we add your daily balances and divide by the number of days in the applicable billing cycle(s). If you multiply the average daily balances for each feature by the applicable daily periodic rate, and then multiply each of these results by the number of days in the applicable billing cycles(s), and then add all of the results together, the total will also equal the periodic finance charges for the billing cycle, except for minor variations due to rounding. To get your total periodic finance charge for a billing cycle when a monthly periodic rate(s) applies, multiply the average daily balance for each feature by the applicable monthly periodic rate and add the results together. The total will equal the periodic finance charges for the billing cycle, except for minor variations due to rounding.

37. CHASE's periodic statement sent to users of CHASE's credit card contains the

following information relating to charges to the account as an example:

| Category | Daily Periodic Rate 31 days in cycle | Corresp. APR | Average Daily Balance | Due to Periodic Rate | Transaction Fee | Accumulated Fin Charge | FINANCE CHARGES |
|----------|--------------------------------------|--------------|-----------------------|----------------------|-----------------|------------------------|-----------------|
| Purchases | V .08217% | 29.99% | $4,523.22 | $115.22 | $0.00 | $0.00 | $115.22 |
| Cash Advances | V .08217% | 29.99% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Convenience check | V .08217% | 29.99% | $3,560.34 | $90.70 | $0.00 | $0.00 | $90.70 |

Total finance charges $205.92

38. HESS contends that taking into consideration the information provided by CHASE in paragraph 36 and the information provided by CHASE in paragraph 37, it is impossible to ascertain how CHASE arrived at the resulting balance. (*See* Exhibit E.)

39. HESS contends that taking into consideration the information provided by CHASE in paragraphs 36 & 37, and utilizing a calculator, not only is it impossible to ascertain how CHASE arrived at the resulting finance charge and balance due, using any manner of calculating interest, it is impossible to duplicate the computations.

40. HESS contends that the letter attached as Exhibit F satisfies the TILA requirements of 15 U.S.C. §§1666(a)(1), (2), & (3) and that HESS has sent a lawful letter asserting the rights of the credit-card user.

41. HESS contends that the letters attached as Exhibit G and Exhibit H are not violative of any civil or criminal law, but instead seek information relating to whether CHASE would succeed in an action against a credit card user (HESS client) based upon the theories of: (1) Money Lent; (2) Breach of Contract; (3) Account Stated; (4) Open Account; and/or (5) Unjust Enrichment.

42. CHASE contend that the HESS letters are without legal merit, are criminal in nature, subject HESS to a claim for tortious interference with contractual relations, and do not commence valid credit card billing disputes.

## BASIS FOR DECLARATORY JUDGMENT

43. CHASE'S contention that HESS letters are without legal merit, are criminal in nature, subject HESS to a claim for tortious interference with contractual relations, and do not commence valid credit card billing disputes, have left HESS in doubt and uncertain about their rights under the TILA, the common law of the State of Florida, the Federal Criminal Statutes, and the Florida criminal statues; thus giving rise to a justiciable controversy and an actual rather than a theoretical controversy as to the validity of the letters that are the subject matter of this action.

44. Accordingly, an actual, bona fide, present, practical, active, and justiciable controversy has arisen and now exists between HESS and CHASE concerning their respective rights, duties and responsibilities, needing a Declaration from this Court.

45. The controversy is definite, concrete, and deals with an ascertained state of facts, all of which are before the Court.

*Complaint*
*Hess v. Chase*

46.     HESS further alleges that certain of their privileges and rights are dependent upon the facts and the law applicable to the facts, all of which touches on the legal relations of the parties.

47.     HESS also show that the relief sought is not merely the giving of legal advice or answers to questions propounded from curiosity.

48.     HESS desires a Declaration of their rights, status and other equitable and legal relations as to 15 U.S.C. §§ 1601 et seq., the Defendants periodic statements, and the Plaintiffs letters. Such a Declaration is necessary and appropriate under the circumstances in order that HESS may ascertain her rights under TILA and in order that HESS may ascertain its rights as attorneys enforcing the provisions of the TILA free from the threat of civil litigation and potential criminal liability.

## **RELIEF SOUGHT**

**WHEREFORE**, for the reasons set forth above, Plaintiffs requests relief as follows:

1.     A Declaration that this Court has jurisdiction of a real and active justiciable controversy between these parties;

2.     A Declaration that the letters attached are not tortious in nature;

3.     A Declaration that the letters attached are not criminal in nature;

4.     A Declaration that the letters attached have legal merit;

5.     A Declaration that Exhibit A and Exhibit B satisfy the TILA notice requirements; and

6.     A Declaration that Exhibit A and Exhibit B commence valid credit card billing disputes; and

*Complaint*
*Hess v. Chase*

7.     A Declaration that Exhibit A and Exhibit B if transmitted to the Defendant Chase

within 60 days of receipt of a statement of account require that the Defendant Chase comply with

the TILA.

Respectfully submitted,

ROTHSTEIN ROSENFELDT ADLER
Attorneys for Plaintiffs
401 East Las Olas Boulevard, Suite 1650
Fort Lauderdale, Florida 33301
Telephone No. (954) 522-3456
Facsimile: (954) 527-8663

By: _____
     ROBERT C. BUSCHEL
     Florida Bar Number: 0063436

# EXHIBIT C

## COVER LETTER

**TO:**   Registration Section
Division of Corporations

**SUBJECT:** HESS KENNEDY CHARTERED LLC
(Name of Resulting Florida Limited Company)

The enclosed Certificate of Conversion, Articles of Organization, and fees are submitted to convert an "Other Business Entity" into a "Florida Limited Liability Company" in accordance with s. 608.439, F.S.

Please return all correspondence concerning this matter to:

EDWARD CHERRY
(Contact Person)

Hess Kennedy Co. Chartered
(Firm/Company)

210 N. UNIVERSITY DRIVE, SUITE 209
(Address)

CORAL SPRINGS, FLORIDA 33071
(City, State and Zip Code)

For further information concerning this matter, please call:

EDWARD CHERRY                   at ( 954      ) 245-5642
(Name of Contact Person)              (Area Code and Daytime Telephone Number)

Enclosed is a check for the following amount:

☐ $150.00 Filing Fees      ☐ $155.00 Filing Fees      ☐ $180.00 Filing Fees      ☑ $185.00 Filing Fees,
($25 for Conversion        and Certificate of          and Certified Copy         Certified Copy, and
& $125 for Articles        Status                                                 Certificate of Status
of Organization)

**STREET ADDRESS:**                          **MAILING ADDRESS:**
Registration Section                         Registration Section
Division of Corporations                     Division of Corporations
Clifton Building                             P. O. Box 6327
2661 Executive Center Circle                 Tallahassee, FL  32314
Tallahassee, FL  32301

## Certificate of Conversion
For
## "Other Business Entity"
Into
## Florida Limited Liability Company

This Certificate of Conversion **and attached Articles of Organization** are submitted to convert the following **"Other Business Entity" into a Florida Limited Liability Company** in accordance with s.608.439, Florida Statutes.

1. The name of the "Other Business Entity" immediately prior to the filing of this Certificate of Conversion is:

HESS KENNEDY COMPANY CHARTERED

(Enter Name of Other Business Entity)

2. The "Other Business Entity" is a  CORPORATION

(Enter entity type. Example: corporation, limited partnership, sole proprietorship, general partnership, common law or business trust, etc.)

first organized, formed or incorporated under the laws of  FLORIDA

(Enter state, or if a non-U.S. entity, the name of the country)

on  DECEMBER 8, 2005

(Enter date "Other Business Entity" was first organized, formed or incorporated)

3. If the jurisdiction of the "Other Business Entity" was changed, the state or country under the laws of which it is now organized, formed or incorporated:

N/A

4. The name of the Florida Limited Liability Company as set forth in the **attached Articles of Organization**:

HESS KENNEDY CHARTERED LLC

(Enter Name of Florida Limited Liability Company)

Page 1 of 2

2007 AUG 31  PM 4: 24
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

FILED

5. If not effective on the date of filing, enter the effective date:_____.
**(The effective date:  1) cannot be prior to nor more than 90 days after the date this document is filed by the Florida Department of State; AND 2) must be the same as the effective date listed in the attached Articles of Organization, if an effective date is listed therein.)**

Signed this _____ day of AUGUST _____ 20 07 _____.

Signature of Authorized Person:_____.

Printed Name: LAURA HESS, ESQUIRE Title: DIRECTOR

**Fees:**

|  |  |
|---|---|
| Certificate of Conversion: | $25.00 |
| Fees for Florida Articles of Organization: | $125.00 |
| Certified Copy: | $30.00 (Optional) |
| Certificate of Status: | $5.00 (Optional) |

**Page 2 of 2**

2007 AUG 31  PM 4: 24
SECRETARY OF STATE
TALLAHASSEE, FLORIDA
FILED

# ARTICLES OF ORGANIZATION FOR FLORIDA LIMITED LIABILITY COMPANY

## ARTICLE I - Name:
The name of the Limited Liability Company is:

## HESS KENNEDY CHARTERED LLC

(Must end with the words "Limited Liability Company," the abbreviation "L.L.C.," or the designation "LLC.")

## ARTICLE II - Address:
The mailing address and street address of the principal office of the Limited Liability Company is:

**Principal Office Address:**

210 N. UNIVERSITY DRIVE, SUITE 209
CORAL SPRINGS, FLORIDA 33071

**Mailing Address:**

210 N. UNIVERSITY DRIVE, SUITE 209
CORAL SPRINGS, FL 33071

## ARTICLE III - Registered Agent, Registered Office, & Registered Agent's Signature:
(The Limited Liability Company cannot serve as its own Registered Agent. You must designate an individual or another
business entity with an active Florida registration.)

The name and the Florida street address of the registered agent are:

TIM ROBBINS

210 NORTH UNIVERSITY DRIVE
Name

Florida street address (P.O. Box **NOT** acceptable)

CORAL SPRINGS          FL

City, State, and Zip

*Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent as provided for in Chapter 608, F.S..*

Registered Agent's Signature (REQUIRED)

**(CONTINUED)**
Page 1 of 2

SECRETARY OF STATE
TALLAHASSEE, FLORIDA
2007 AUG 31 PH 4: 24

FILED

**ARTICLE IV- Manager(s) or Managing Member(s):**
The name and address of each Manager or Managing Member is as follows:

<u>Title:</u>
"MGR" = Manager
"MGRM" = Managing Member

<u>Name and Address:</u>

MGRM

HESS KENNEDY COMPANY CHARTERED BWI
WALKER HOUSE, 87 MARY STREET
GRAND CAYMAN, KY1-9001

_____          _____
                                 _____
                                 _____

_____          _____
                                 _____
                                 _____

_____          _____
                                 _____
                                 _____

                                 (Use attachment if necessary)

**ARTICLE V:** Effective date, if other than the date of filing: _____
(OPTIONAL)
**(If an effective date is listed, the date must be specific and cannot be more than five
business days prior to or 90 days after the date of filing.)**

<u>REQUIRED</u> **SIGNATURE:**

_____
Signature of a member or an authorized representative of a member.

(In accordance with section 608.408(3), Florida Statutes, the execution
of this document constitutes an affirmation under the penalties of perjury
that the facts stated herein are true.)

EDWARD CHERRY
_____
Typed or printed name of signee

<u>Filing Fees:</u>

$125.00 **Filing Fee for Articles of Organization and Designation**
          **of Registered Agent**
$ 30.00 **Certified Copy (Optional)**
$  5.00 **Certificate of Status (Optional)**

**Page 2 of 2**

SECRETARY OF STATE
TALLAHASSEE, FLORIDA
2007 AUG 31  PM 4: 24
FILED

# EXHIBIT D

## **COVER LETTER**

**TO:** Amendment Section
Division of Corporations


**NAME OF CORPORATION:**  LAURA HESS, INC.


**DOCUMENT NUMBER:**  P05000075010


The enclosed *Articles of Amendment* and fee are submitted for filing.

Please return all correspondence concerning this matter to the following:


LAURA HESS, ESQUIRE
(Name of Contact Person)


LAURA HESS & ASSOCIATES, P.A.
(Firm/ Company)


210 N. UNIVERSITY DRIVE, SUITE 209
(Address)


CORAL SPRINGS, FLORIDA 33071
(City/ State and Zip Code)

For further information concerning this matter, please call:


EDWARD CHERRY, COMPLIANCE OFFICER   at ( 954 ) 245-5642
(Name of Contact Person)          (Area Code & Daytime Telephone Number)

Enclosed is a check for the following amount:

☑ $35 Filing Fee     ☐ $43.75 Filing Fee &    ☐ $43.75 Filing Fee &    ☐ $52.50 Filing Fee
                       Certificate of Status      Certified Copy            Certificate of Status
                                                 (Additional copy is        Certified Copy
                                                 enclosed)                  (Additional Copy
                                                                           is enclosed)

**Mailing Address**                    **Street Address**
Amendment Section                      Amendment Section
Division of Corporations               Division of Corporations
P.O. Box 6327                          Clifton Building
Tallahassee, FL 32314                  2661 Executive Center Circle
                                       Tallahassee, FL 32301

**Articles of Amendment**
**to**
**Articles of Incorporation**
**of**



LAURA HESS INC.

(Name of corporation as currently filed with the Florida Dept. of State)

P05000075010

(Document number of corporation (if known))

Pursuant to the provisions of section 607.1006, Florida Statutes, this *Florida Profit Corporation* adopts the following amendment(s) to its Articles of Incorporation:

## NEW CORPORATE NAME (if changing):

LAURA HESS & ASSOCIATES, P.A.

(Must contain the word "corporation," "company," or "incorporated" or the abbreviation "Corp.," "Inc.," or "Co.")
(A professional corporation must contain the word "chartered", "professional association," or the abbreviation "P.A.")

## AMENDMENTS ADOPTED- (OTHER THAN NAME CHANGE) Indicate Article Number(s)
and/or Article Title(s) being amended, added or deleted: (BE SPECIFIC)

(Attach additional pages if necessary)

If an amendment provides for exchange, reclassification, or cancellation of issued shares, provisions for implementing the amendment if not contained in the amendment itself: (if not applicable, indicate N/A)

(continued)

**The date of each amendment(s) adoption:** 05/23/2005 _____

**Effective date if <u>applicable</u>:** _____
(no more than 90 days after amendment file date)

**Adoption of Amendment(s)        (CHECK ONE)**

☐ The amendment(s) was/were approved by the shareholders. The number of votes cast for the amendment(s) by the shareholders was/were sufficient for approval.

☐ The amendment(s) was/were approved by the shareholders through voting groups. *The following statement must be separately provided for each voting group entitled to vote separately on the amendment(s):*

    "The number of votes cast for the amendment(s) was/were sufficient for approval by _____."
(voting group)

☐ The amendment(s) was/were adopted by the board of directors without shareholder action and shareholder action was not required.

☑ The amendment(s) was/were adopted by the incorporators without shareholder action and shareholder action was not required.

Signature _____
(By a director, president or other officer - if directors or officers have not been selected, by an incorporator - if in the hands of a receiver, trustee, or other court appointed fiduciary by that fiduciary)

LAURA HESS, ESQUIRE _____
(Typed or printed name of person signing)

PRESIDENT/DIRECTOR _____
(Title of person signing)

<strong>FILING FEE: $35</strong>

# EXHIBIT E

# Electronic Articles of Organization
## For
# Florida Limited Liability Company

L06000115813
FILED 8:00 AM
December 05, 2006
Sec. Of State
mthomas

## Article I

The name of the Limited Liability Company is:

HESS KENNEDY HOLDINGS LTD.

## Article II

The street address of the principal office of the Limited Liability Company is:

210 N. UNIVERSITY DRIVE
209
CORAL SPRINGS, FL. US  33071

The mailing address of the Limited Liability Company is:

210 N. UNIVERSITY DRIVE
209
CORAL SPRINGS, FL. US  33071

## Article III

The purpose for which this Limited Liability Company is organized is:

ANY AND ALL LAWFUL BUSINESS.

## Article IV

The name and Florida street address of the registered agent is:

HESS KENNEDY COMPANY
210 NORTH UNIVERISTY DIRVE
209
CORAL SPRINGS, FL.  33071

Having been named as registered agent and to accept service of process
for the above stated limited liability company at the place designated
in this certificate, I hereby accept the appointment as registered agent
and agree to act in this capacity.  I further agree to comply with the
provisions of all statutes relating to the proper and complete performance
of my duties, and I am familiar with and accept the obligations of my
position as registered agent.

Registered Agent Signature:  EDWARD CHERRY, DVP

# Article V

The name and address of managing members/managers are:

L06000115813
FILED 8:00 AM
December 05, 2006
Sec. Of State
mthomas

Title:  MGR
LAURA HESS, INC.
210 NORTH UNIVERSITY DRIVE
CORAL SPRINGS, FL.  33071  US

Title:  MGR
JEFF CAMPOS, P.A.
3200 NORTH UNIVERSITY DRIVE
CORAL SPRINGS, FL.  33065  US

Title:  MGR
DAVID KLEIMAN, P.A.
954 WEST GRACE STREET #102A
CHICAGO, IL.  60613  US

Title:  MGR
EDWARD  CHERRY
210 NORTH UNIVERSITY DRIVE
CORAL SPRINGS, FL.  33071  US

Signature of member or an authorized representative of a member

Signature: EDWARD CHERRY

# EXHIBIT F

# 2007 LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L06000115813

Entity Name:  HESS KENNEDY HOLDINGS LTD.

**FILED**
**Apr 30, 2007**
**Secretary of State**

**Current Principal Place of Business:**

210 N. UNIVERSITY DRIVE
209
CORAL SPRINGS, FL  33071    US

**New Principal Place of Business:**

**Current Mailing Address:**

210 N. UNIVERSITY DRIVE
209
CORAL SPRINGS, FL  33071    US

**New Mailing Address:**

**FEI Number:**          FEI Number Applied For (X)          FEI Number Not Applicable ( )          Certificate of Status Desired ( )

**Name and Address of Current Registered Agent:**

HESS KENNEDY COMPANY
210 NORTH UNIVERISTY DIRVE
209
CORAL SPRINGS, FL  33071  US

**Name and Address of New Registered Agent:**

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____
Electronic Signature of Registered Agent                                    Date

**MANAGING MEMBERS/MANAGERS:**

**ADDITIONS/CHANGES:**

| | | |
|---|---|---|
| Title: | MGR      ( ) Delete | |
| Name: | LAURA HESS, INC., | |
| Address: | 210 NORTH UNIVERSITY DRIVE | |
| City-St-Zip: | CORAL SPRINGS, FL  33071 US | |

Title:
Name:
Address:
City-St-Zip:                 ( ) Change  ( ) Addition

| | | |
|---|---|---|
| Title: | MGR      ( ) Delete | |
| Name: | JEFF CAMPOS, P.A., | |
| Address: | 3200 NORTH UNIVERSITY DRIVE | |
| City-St-Zip: | CORAL SPRINGS, FL  33065 US | |

Title:
Name:
Address:
City-St-Zip:                 ( ) Change  ( ) Addition

| | | |
|---|---|---|
| Title: | MGR      ( ) Delete | |
| Name: | DAVID KLEIMAN, P.A., | |
| Address: | 954 WEST GRACE STREET #102A | |
| City-St-Zip: | CHICAGO, IL  60613 US | |

Title:
Name:
Address:
City-St-Zip:                 ( ) Change  ( ) Addition

| | | |
|---|---|---|
| Title: | MGR      ( ) Delete | |
| Name: | CHERRY, EDWARD | |
| Address: | 210 NORTH UNIVERSITY DRIVE | |
| City-St-Zip: | CORAL SPRINGS, FL  33071 US | |

Title:
Name:
Address:
City-St-Zip:                 ( ) Change  ( ) Addition

I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Chapter 119, Florida Statutes. I further certify that the information indicated on this report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 608, Florida Statutes.

SIGNATURE:  EDWARD CHERRY                              MGR              04/30/2007
Electronic Signature of Signing Managing Member, Manager, or Authorized Representative / Date

# EXHIBIT G

# Electronic Articles of Organization
## For
## Florida Limited Liability Company

L06000115625
FILED 8:00 AM
December 04, 2006
Sec. Of State
tcline

## Article I

The name of the Limited Liability Company is:

THE CONSUMER LAW CENTER LC

## Article II

The street address of the principal office of the Limited Liability Company is:

210 N. UNIVERSITY DRIVE
209
CORAL SPRINGS, FL. US  33071

The mailing address of the Limited Liability Company is:

210 N. UNIVERSITY DRIVE
209
CORAL SPRINGS, FL. US  33071

## Article III

The purpose for which this Limited Liability Company is organized is:

ANY AND ALL LAWFUL BUSINESS.

## Article IV

The name and Florida street address of the registered agent is:

HESS KENNEDY COMPANY
210 N. UNIVERSITY DRIVE
209
CORAL SPRINGS, FL.   33071

Having been named as registered agent and to accept service of process
for the above stated limited liability company at the place designated
in this certificate, I hereby accept the appointment as registered agent
and agree to act in this capacity.  I further agree to comply with the
provisions of all statutes relating to the proper and complete performance
of my duties, and I am familiar with and accept the obligations of my
position as registered agent.

Registered Agent Signature:  EDWARD CHERRY, DVP

## Article V

The name and address of managing members/managers are:

L06000115625
FILED 8:00 AM
December 04, 2006
Sec. Of State
tcline

Title: MGR
LAURA HESS, INC.
210 NORTH UNIVERSITY DRIVE
CORAL SPRINGS, FL. 33071 US

Title: MGR
JEFF CAMPOS, P.A.
3200 N. UNIVERSITY DRIVE
CORAL SPRINGS, FL. 33065 US

Title: MGR
DAVID KLEIMAN, P.A.
954 WEST GRACE STREET
CHICAGO, IL. 60613 US

Signature of member or an authorized representative of a member

Signature: EDWARD CHERRY

# EXHIBIT H

DOCUMENT# L06000115625

FILED
Apr 30, 2007
Secretary of State

Entity Name: THE CONSUMER LAW CENTER LC

| Current Principal Place of Business: | New Principal Place of Business: |
|---|---|

210 N. UNIVERSITY DRIVE
209
CORAL SPRINGS, FL 33071     US

| Current Mailing Address: | New Mailing Address: |
|---|---|

210 N. UNIVERSITY DRIVE
209
CORAL SPRINGS, FL 33071     US

| FEI Number: | FEI Number Applied For (X) | FEI Number Not Applicable ( ) | Certificate of Status Desired ( ) |
|---|---|---|---|

| Name and Address of Current Registered Agent: | Name and Address of New Registered Agent: |
|---|---|

HESS KENNEDY COMPANY
210 N. UNIVERSITY DRIVE
209
CORAL SPRINGS, FL 33071 US

ROBBINS, TIM
210 N. UNIVERSITY DRIVE
209
CORAL SPRINGS, FL 33071 US

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE:   TIM ROBBINS

04/30/2007

Electronic Signature of Registered Agent                              Date

**MANAGING MEMBERS/MANAGERS:**                    **ADDITIONS/CHANGES:**

| Title: | MGR     ( ) Delete | Title: | ( ) Change ( ) Addition |
|---|---|---|---|
| Name: | LAURA HESS, INC., | Name: | |
| Address: | 210 NORTH UNIVERSITY DRIVE | Address: | |
| City-St-Zip: | CORAL SPRINGS, FL 33071 US | City-St-Zip: | |

| Title: | MGR     ( ) Delete | Title: | ( ) Change ( ) Addition |
|---|---|---|---|
| Name: | JEFF CAMPOS, P.A., | Name: | |
| Address: | 3200 N. UNIVERSITY DRIVE | Address: | |
| City-St-Zip: | CORAL SPRINGS, FL 33065 US | City-St-Zip: | |

| Title: | MGR     ( ) Delete | Title: | ( ) Change ( ) Addition |
|---|---|---|---|
| Name: | DAVID KLEIMAN, P.A., | Name: | |
| Address: | 954 WEST GRACE STREET | Address: | |
| City-St-Zip: | CHICAGO, IL 60613 US | City-St-Zip: | |

| Title: | MGR     ( ) Delete | Title: | ( ) Change ( ) Addition |
|---|---|---|---|
| Name: | DAVID LIPMAN, P.A., | Name: | |
| Address: | 3200 N. UNIVERSITY DRIVE | Address: | |
| City-St-Zip: | CORAL SPRINGS, FL 33065 | City-St-Zip: | |

| Title: | MGR     ( ) Delete | Title: | ( ) Change ( ) Addition |
|---|---|---|---|
| Name: | STEIN, LEE | Name: | |
| Address: | 123 NW 13TH STREET | Address: | |
| City-St-Zip: | BOCA RATON, FL 33432 | City-St-Zip: | |

| Title: | MGR     ( ) Delete | Title: | ( ) Change ( ) Addition |
|---|---|---|---|
| Name: | MAVRIDES, MOYAL & AS, SOCIATES, LLP | Name: | |
| Address: | 1622 YORK AVENUE | Address: | |
| City-St-Zip: | NEW YORK, NY 10028 | City-St-Zip: | |

I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Chapter 119, Florida Statutes. I further certify that the information indicated on this report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 608, Florida Statutes.

SIGNATURE:  EDWARD CHERRY                              MGR              04/30/2007

Electronic Signature of Signing Managing Member, Manager, or Authorized Representative / Date

# EXHIBIT I

**HESS KENNEDY HOLDINGS, LTD**
**210 NORTH UNIVERSITY DRIVE, SUITE 209**
**CORAL SPRINGS, FL 33071**
**954-345-7848 TEL.**
**954-344-8438 FAX.**

To:     Registration Section
        Division of Corporations

Subject:     HESS KENNEDY HOLDINGS LTD.

The enclosed Articles of Amendment and fee(s) are submitted for filing.  Please return all correspondence concerning this matter to the following:

Edward Cherry
Hess Kennedy Company Chartered BWI
210 North University Drive, Suite 209
Coral Springs, FL 33071

For further information concerning this matter, please call:

Edward Cherry at 954-245-5642.

Enclosed is a check in an amount equal to $30.00 for filing fee and certificate of status.

FILED
SECRETARY OF STATE
DIVISION OF CORPORATIONS
07 AUG 31 PM 1:20

ARTICLES OF AMENDMENT
TO
ARTICLES OF ORGANIZATION
OF


**HESS KENNEDY HOLDINGS LTD**

**FIRST:**          The Articles of Organization were filed on <u>December 5, 2006</u> and assigned
document number <u>L06000115813</u>.

**SECOND:**          This amendment is submitted to amend the following:

Article IV
Laura Hess, Inc. needs to be removed as MGR
Jeff Campos, P.A. needs to be removed as MGR.
David Kleiman, P.A. needs to be removed as MGR.
Edward Cherry needs to be removed as MGR.

The following needs to be added as MGRM:

Hess Kennedy Company Chartered BWI
Walker House, 87 Mary Street
Grand Cayman, KY1-9001

Dated: August 29, 2007

By: _____

Edward Cherry, Authorized Representative of Member

FILED
SECRETARY OF STATE
DIVISION OF CORPORATIONS
07 AUG 31  PH 1: 20

# EXHIBIT J

DOCUMENT# L07000090250

**Entity Name:** HESS KENNEDY CHARTERED LLC

**Current Principal Place of Business:**

210 N. UNIVERSITY DRIVE, STE. 900
CORAL SPRINGS, FL 33071

**New Principal Place of Business:**

210 N. UNIVERSITY DRIVE
SUITE 900
CORAL SPRINGS, FL 33071

**Current Mailing Address:**

210 N. UNIVERSITY DRIVE, STE. 900
CORAL SPRINGS, FL 33071

**New Mailing Address:**

210 N. UNIVERSITY DRIVE
SUITE 900
CORAL SPRINGS, FL 33071

FEI Number: 20-3903017     FEI Number Applied For ( )     FEI Number Not Applicable ( )     Certificate of Status Desired ( )

**Name and Address of Current Registered Agent:**

ROBBINS, TIM
210 N. UNIVERSITY DRIVE, STE. 209
CORAL SPRINGS, FL 33071     US

**Name and Address of New Registered Agent:**

CHERRY, EDWARD
210 N. UNIVERSITY DRIVE
SUITE 900
CORAL SPRINGS, FL 33071  US

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE:   EDWARD CHERRY                                        04/08/2008
             Electronic Signature of Registered Agent                 Date

**MANAGING MEMBERS/MANAGERS:**

| | |
|---|---|
| Title: | MGRM     ( ) Delete |
| Name: | HESS KENNEDY COMPANY, CHARTERED BWI |
| Address: | WALKER HOUSE, 87 MARY STREET |
| City-St-Zip: | GRAND CAYMAN, KY 19001 |

**ADDITIONS/CHANGES:**

| | |
|---|---|
| Title: | MGRM     (X) Change  ( ) Addition |
| Name: | HESS KENNEDY COMPANY, CHARTERED BWI |
| Address: | 210 N. UNIVERSITY DRIVE, SUITE 900 |
| City-St-Zip: | CORAL SPRINGS, FL 33071 |

I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Chapter 119, Florida Statutes. I further certify that the information indicated on this report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 608, Florida Statutes.

SIGNATURE:   CHERRY EDWARD                    MGR          04/08/2008
          Electronic Signature of Signing Managing Member, Manager, or Authorized Representative / Date

# EXHIBIT K

# 2007 FOR PROFIT CORPORATION ANNUAL REPORT

FILED
Apr 25, 2007
Secretary of State

DOCUMENT# P06000110787

Entity Name: THE CAMPOS CHARTERED LAW FIRM

| Current Principal Place of Business: | New Principal Place of Business: |
|---|---|
| 10224 VESTAL COURT<br>CORAL SPRINGS, FL 330715835 US | 3200 N. UNIVERSITY DRIVE<br>210<br>CORAL SPRINGS, FL 33065    US |

| Current Mailing Address: | New Mailing Address: |
|---|---|
| 10224 VESTAL COURT<br>CORAL SPRINGS, FL 330715835 US | 3200 N. UNIVERSITY DRIVE<br>210<br>CORAL SPRINGS, FL 33065    US |

FEI Number: 20-5605227    FEI Number Applied For ( )    FEI Number Not Applicable ( )    Certificate of Status Desired ( )

| Name and Address of Current Registered Agent: | Name and Address of New Registered Agent: |
|---|---|
| CAMPOS, JEFFREY S<br>10224 VESTAL COURT<br>CORAL SPRINGS, FL 33071    US | |

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____

          Electronic Signature of Registered Agent                    Date

Election Campaign Financing Trust Fund Contribution ( ).

## OFFICERS AND DIRECTORS:

| | | ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS: |
|---|---|---|
| Title: | PVPD    ( ) Delete | Title:                              ( ) Change  ( ) Addition |
| Name: | CAMPOS, JEFFREY S | Name: |
| Address: | 10224 VESTAL COURT | Address: |
| City-St-Zip: | CORAL SPRINGS, FL 33071 US | City-St-Zip: |

I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Chapter 119, Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with an address, with all other like empowered.

SIGNATURE:  JEFFREY S. CAMPOS                PVPD          04/25/2007

        Electronic Signature of Signing Officer or Director               Date

# EXHIBIT L

DOCUMENT# P06000110787

Entity Name: THE CAMPOS CHARTERED LAW FIRM

**Current Principal Place of Business:**

3200 N. UNIVERSITY DRIVE
210
CORAL SPRINGS, FL 33065     US

**New Principal Place of Business:**

210 N. UNIVERSITY DRIVE
SUITE 900
CORAL SPRINGS, FL 33071     US

**Current Mailing Address:**

3200 N. UNIVERSITY DRIVE
210
CORAL SPRINGS, FL 33065     US

**New Mailing Address:**

210 N. UNIVERSITY DRIVE
SUITE 900
CORAL SPRINGS, FL 33071     US

FEI Number: 20-5605227          FEI Number Applied For ( )

FEI Number Not Applicable ( )          Certificate of Status Desired ( )

**Name and Address of Current Registered Agent:**

CAMPOS, JEFFREY S
10224 VESTAL COURT
CORAL SPRINGS, FL 33071     US

**Name and Address of New Registered Agent:**

CAMPOS, JEFFREY S
210 N. UNIVERSITY DRIVE
SUITE 900
CORAL SPRINGS, FL 33071  US

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE:  JEFFREY CAMPOS

Electronic Signature of Registered Agent

04/08/2008

Date

Election Campaign Financing Trust Fund Contribution ( ).

**OFFICERS AND DIRECTORS:**

Title:          PVPD          ( ) Delete
Name:        CAMPOS, JEFFREY S
Address:     10224 VESTAL COURT
City-St-Zip: CORAL SPRINGS, FL 33071 US

**ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS:**

Title:          PVPD          (X) Change  ( ) Addition
Name:        CAMPOS, JEFFREY S
Address:     210 N. UNIVERSITY DRIVE, SUITE 900
City-St-Zip: CORAL SPRINGS, FL  33071 US

I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Chapter 119, Florida Statutes.  I further certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with an address, with all other like empowered.

SIGNATURE:  JEFFREY CAMPOS                              PVPD                    04/08/2008

Electronic Signature of Signing Officer or Director                              Date

# EXHIBIT M

# 2007 FOR PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# P06000150617

FILED
Apr 26, 2007
Secretary of State

Entity Name:  JEFF CAMPOS, P.A.

| Current Principal Place of Business: | New Principal Place of Business: |
|---|---|
| 3200 NORTH UNIVERSITY DRIVE 210 CORAL SPRINGS, FL 33071    US | 3200 NORTH UNIVERSITY DRIVE 210 CORAL SPRINGS, FL 33065    US |

| Current Mailing Address: | New Mailing Address: |
|---|---|
| 3200 NORTH UNIVERSITY DRIVE 210 CORAL SPRINGS, FL 33071    US | 3200 NORTH UNIVERSITY DRIVE 210 CORAL SPRINGS, FL 33065    US |

FEI Number:            FEI Number Applied For (X)          FEI Number Not Applicable ( )        Certificate of Status Desired ( )

| Name and Address of Current Registered Agent: | Name and Address of New Registered Agent: |
|---|---|
| HESS KENNEDY COMPANY 210 NORTH UNIVERSITY DRIVE 209 CORAL SPRINGS, FL 33071 US | CAMPOS, JEFFREY S 3200 N. UNIVERSITY DRIVE 210 CORAL SPRINGS, FL 33065 US |

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE:  JEFFREY S. CAMPOS

Electronic Signature of Registered Agent

04/26/2007

Date

Election Campaign Financing Trust Fund Contribution ( ).

## OFFICERS AND DIRECTORS:

Title:        DPVP        ( ) Delete
Name:      CAMPOS, JEFF
Address:    3200 NORTH UNIVERSITY DRIVE
City-St-Zip:  CORAL SPRINGS, FL 33071 US

## ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS:

Title:        DPVP        (X) Change ( ) Addition
Name:      CAMPOS, JEFF
Address:    3200 NORTH UNIVERSITY DRIVE
City-St-Zip:  CORAL SPRINGS, FL 33065 US

I hereby certify that the information supplied with this filing does not qualify for the for the exemption stated in Chapter 119, Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with an address, with all other like empowered.

SIGNATURE:  JEFFREY S. CAMPOS                    DPVP              04/26/2007

Electronic Signature of Signing Officer or Director                              Date

# EXHIBIT N

**2008 FOR PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# P06000150617

FILED
Apr 08, 2008
Secretary of State

Entity Name: JEFF CAMPOS, P.A.

**Current Principal Place of Business:**

3200 NORTH UNIVERSITY DRIVE
210
CORAL SPRINGS, FL 33065    US

**New Principal Place of Business:**

210 N. UNIVERSITY DRIVE
SUITE 900
CORAL SPRINGS, FL 33071    US

**Current Mailing Address:**

3200 NORTH UNIVERSITY DRIVE
210
CORAL SPRINGS, FL 33065    US

**New Mailing Address:**

210 N. UNIVERSITY DRIVE
SUITE 900
CORAL SPRINGS, FL 33071    US

FEI Number: 77-0714126        FEI Number Applied For ( )

FEI Number Not Applicable ( )        Certificate of Status Desired ( )

**Name and Address of Current Registered Agent:**

CAMPOS, JEFFREY S
3200 N. UNIVERSITY DRIVE
210
CORAL SPRINGS, FL 33065  US

**Name and Address of New Registered Agent:**

CAMPOS, JEFFREY S
210 N. UNIVERSITY DRIVE
SUITE 900
CORAL SPRINGS, FL 33071  US

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: JEFFREY CAMPOS

Electronic Signature of Registered Agent

04/08/2008

Date

Election Campaign Financing Trust Fund Contribution ( ).

**OFFICERS AND DIRECTORS:**

Title:        DPVP        ( ) Delete
Name:        CAMPOS, JEFF
Address:      3200 NORTH UNIVERSITY DRIVE
City-St-Zip:  CORAL SPRINGS, FL 33065 US

**ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS:**

Title:        DPVP        (X) Change ( ) Addition
Name:        CAMPOS, JEFF
Address:      210 N. UNIVERSITY DRIVE, SUITE 900
City-St-Zip:  CORAL SPRINGS, FL  33071 US

I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Chapter 119, Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with an address, with all other like empowered.

SIGNATURE: JEFFREY CAMPOS                    DPVP            04/08/2008

Electronic Signature of Signing Officer or Director                    Date

# EXHIBIT O

## DOCUMENT# P05000075010

Entity Name: LAURA HESS & ASSOCIATES, P.A.

**Current Principal Place of Business:**

210 NORTH UNIVERSITY DRIVE
SUITE #209
CORAL SPRINGS, FL  33071    US

**New Principal Place of Business:**

210 NORTH UNIVERSITY DRIVE
SUITE #900
CORAL SPRINGS, FL  33071    US

**Current Mailing Address:**

210 NORTH UNIVERSITY DRIVE
SUITE #209
CORAL SPRINGS, FL  33071    US

**New Mailing Address:**

210 NORTH UNIVERSITY DRIVE
SUITE #900
CORAL SPRINGS, FL  33071    US

FEI Number: 20-2985213    FEI Number Applied For ( )    FEI Number Not Applicable ( )    Certificate of Status Desired ( )

**Name and Address of Current Registered Agent:**

CHERRY, EDWARD
210 NORTH UNIVERSITY DRIVE
SUITE #209
CORAL SPRINGS, FL  33071  US

**Name and Address of New Registered Agent:**

CHERRY, EDWARD
210 NORTH UNIVERSITY DRIVE
SUITE #900
CORAL SPRINGS, FL  33071  US

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE:

_____
Electronic Signature of Registered Agent

01/03/2008
Date

Election Campaign Financing Trust Fund Contribution ( ).

## OFFICERS AND DIRECTORS:

| | |
|---|---|
| Title: | P,D    ( ) Delete |
| Name: | HESS, LAURA |
| Address: | 210 NORTH UNIVERSITY DRIVE, SUTIE #209 |
| City-St-Zip: | CORAL SPRINGS, FL  33071 US |

| | |
|---|---|
| Title: | VP,D    ( ) Delete |
| Name: | CHERRY, EDWARD |
| Address: | 210 NORTH UNIVERSITY DRIVE, SUITE #209 |
| City-St-Zip: | CORAL SPRINGS, FL  33071 US |

## ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS:

| | |
|---|---|
| Title: | P,D    (X) Change  ( ) Addition |
| Name: | HESS, LAURA |
| Address: | 210 NORTH UNIVERSITY DRIVE, SUITE #900 |
| City-St-Zip: | CORAL SPRINGS, FL  33071 US |

| | |
|---|---|
| Title: | VP,D    (X) Change  ( ) Addition |
| Name: | CHERRY, EDWARD |
| Address: | 210 NORTH UNIVERSITY DRIVE, SUITE #900 |
| City-St-Zip: | CORAL SPRINGS, FL  33071 US |

I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Chapter 119, Florida Statutes.  I further certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with an address, with all other like empowered.

SIGNATURE:  LAURA HESS                                          P.D.              01/03/2008
_____
Electronic Signature of Signing Officer or Director                                  Date

# EXHIBIT P

DOCUMENT# L06000115813

**Entity Name:** HESS KENNEDY HOLDINGS LTD.

| **Current Principal Place of Business:** | **New Principal Place of Business:** |
|---|---|
| 210 N. UNIVERSITY DRIVE<br>209<br>CORAL SPRINGS, FL  33071    US | 210 N. UNIVERSITY DRIVE<br>900<br>CORAL SPRINGS, FL  33071    US |
| **Current Mailing Address:** | **New Mailing Address:** |
| 210 N. UNIVERSITY DRIVE<br>209<br>CORAL SPRINGS, FL  33071    US | 210 N. UNIVERSITY DRIVE<br>900<br>CORAL SPRINGS, FL  33071    US |

**FEI Number:** 20-8109867        FEI Number Applied For ( )    FEI Number Not Applicable ( )        Certificate of Status Desired ( )

| **Name and Address of Current Registered Agent:** | **Name and Address of New Registered Agent:** |
|---|---|
| HESS KENNEDY COMPANY<br>210 NORTH UNIVERISTY DIRVE<br>209<br>CORAL SPRINGS, FL  33071  US | HESS KENNEDY COMPANY<br>210 NORTH UNIVERISTY DIRVE<br>900<br>CORAL SPRINGS, FL  33071  US |

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE:                                                                              04/08/2008
_____    _____
        Electronic Signature of Registered Agent                                        Date

**MANAGING MEMBERS/MANAGERS:**                          **ADDITIONS/CHANGES:**

| | |
|---|---|
| Title:      MGRM      ( ) Delete<br>Name:      HESS KENNEDY COMPANY, CHARTERED BWI<br>Address:    WALKER HOUSE, 87 MARY STREET<br>City-St-Zip:  GRAND CAYMAN, KY1-9001, | Title:      MGR        (X) Change  ( ) Addition<br>Name:      HESS KENNEDY HOLDING, S, LTD.<br>Address:    210 N. UNIVERSITY DRIVE, SUITE 900<br>City-St-Zip:  CORAL SPRINGS, FL  33071 |

I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Chapter 119, Florida Statutes.  I further certify that the information indicated on this report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 608, Florida Statutes.

SIGNATURE:  CHERRY EDWARD                              MGR              04/08/2008
_____
        Electronic Signature of Signing Managing Member, Manager, or Authorized Representative / Date

# EXHIBIT Q

**Entity Name:** THE CONSUMER LAW CENTER LLC

| **Current Principal Place of Business:** | **New Principal Place of Business:** |
|---|---|
| 210 N. UNIVERSITY DRIVE 209 CORAL SPRINGS, FL 33071    US | 210 N. UNIVERSITY DRIVE 900 CORAL SPRINGS, FL 33071    US |

| **Current Mailing Address:** | **New Mailing Address:** |
|---|---|
| 210 N. UNIVERSITY DRIVE 209 CORAL SPRINGS, FL 33071    US | 210 N. UNIVERSITY DRIVE 900 CORAL SPRINGS, FL 33071    US |

FEI Number: 26-0324192          FEI Number Applied For ( )       FEI Number Not Applicable ( )        Certificate of Status Desired ( )

| **Name and Address of Current Registered Agent:** | **Name and Address of New Registered Agent:** |
|---|---|
| ROBBINS, TIM 210 N. UNIVERSITY DRIVE 209 CORAL SPRINGS, FL 33071 US | CHERRY, EDWARD 210 N. UNIVERSITY DRIVE 900 CORAL SPRINGS, FL 33071 US |

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE:  CHERRY EDWARD                                          04/08/2008
            Electronic Signature of Registered Agent                  Date

**MANAGING MEMBERS/MANAGERS:**                    **ADDITIONS/CHANGES:**

| Title: | MGR    ( ) Delete | Title: | ( ) Change  ( ) Addition |
|---|---|---|---|
| Name: | THE CONSUMER LAW CEN, TER PARTNERS | Name: | |
| Address: | 210 NORTH UNIVERSITY DRIVE | Address: | |
| City-St-Zip: | CORAL SPRINGS, FL 33071 US | City-St-Zip: | |

I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Chapter 119, Florida Statutes. I further certify that the information indicated on this report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 608, Florida Statutes.

SIGNATURE:  CHERRY EDWARD                            MGR              04/08/2008
            Electronic Signature of Signing Managing Member, Manager, or Authorized Representative / Date

# EXHIBIT R



# Campos Chartered Law Firm
### Attorneys at Law

**Contact Us: (954) 510-7840**



Legal Solutions For Prosperous Living

Home    Credit Counseling    Debt Negotiation    Debt Validation    Bio

The Campos Chartered Law Firm is a consumer advocacy law firm that specializes in providing consumers with legal solutions to their current financial challenges. The attorneys of the Campos Chartered Law Firm are dedicated to providing effective and sound legal solutions to assist consumers in their quest to become financially independent.



Through the use of proven legal strategies, The Campos Chartered Law Firm has established an effective manner of dealing with original creditors, third party debt collectors, and consumer credit reporting agencies. Our attorneys are held to an elevated professional and ethical standard, and the services and benefits we provide to our clients are representative of these standards.

## Our goal is to ensure that your rights are well protected and to curb collection abuse. Our strategy is extremely effective.

Florida State Bar Rules require that all attorney advertising include the following: The hiring of a lawyer is an important decision that should not be based solely upon advertisement. Before you decide, ask us to send you free written information about our qualifications and experience.
The Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 Requires the following notice:
We are a Debt Relief Agency. This web site is not an offer to provide bankruptcy assistance services to any assisted person as defined under Section 527(a)(2) of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005.



# Campos Chartered Law Firm
### Attorneys at Law

**Contact Us: (954) 510-7840**

Legal Solutions For Prosperous Living

Home    Credit Counseling    Debt Negotiation    Debt Validation    Bio

## Credit Counseling



We work with approved debt consolidation organizations that negotiate with over 50,000 creditors and we are confident that we will be able to help you to develop a debt consolidation repayment plan or credit card management plan that will fit your budget and help you to reach your goal of becoming DEBT FREE!

**Remember THERE IS LIFE AFTER DEBT and we will help you get back on track.**

## Credit Card Management

If you carry a balance, a credit card debt can be like a very expensive loan made by banks, gasoline companies or department stores. These credit card debts yield high profits to their issuers for several reasons. The most important is the high rate of interest (as high as 33% each year). Interest from a credit card alone can account for the bulk of the profits earned by the bank that issued you the credit card. Also, many credit card companies charge an annual fee for issuing you the credit card, and most of these companies charge late fees, over-the-limit fees and other miscellaneous charges. Finally, the banks and loan companies profit by charging the merchants and service providers a fee each time a customer uses the loan company's credit card in the merchant's establishment. Our debt consolidation and credit card management program can help you put an end to these high interest credit card debts. A Certified Debt Counselor will contact you within the next 24 hours with your free consultation. Please have your most recent Credit Card Statements available and we will show you how to consolidate them to save you from 20% to as much as 60% in monthly payments!

Florida State Bar Rules require that all attorney advertising include the following: The hiring of a lawyer is an important decision that should not be based solely upon advertisement. Before you decide, ask us to send you free written information about our qualifications and experience.
The Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 Requires the following notice:
We are a Debt Relief Agency. This web site is not an offer to provide bankruptcy assistance services to any assisted person as defined under Section 527(a)(2) of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005.

# EXHIBIT S



# HESS | KENNEDY

**Home** | **Services Offered** | **Our Business**

**Contact Us**

## WELCOME TO Hess | Kennedy!

**FILL OUT OUR SHORT FORM BELOW & WE WILL CONACT YOU SHORTLY!**

**Hess | Kennedy**

While our core concentration is that of asset management, we currently audit compliance with some of the major consumer protection statutes. Through a series of sophisticated disciplines, our attorneys have established an effective manner of dealing with original creditors, third party debt collectors, and consumer credit reporting agencies.

Our financial planner will analyze your personal income statement and place you with an attorney that will handle all aspects of your financial stability or instability. Your attorney will ensure that your rights are well protected and curb collection abuse.

Some of the services that our attorneys and affiliated companies offer are:

- Wealth Management
- Credit Counseling
- Debt Settlement
- Asset Protection

...learn more.

Please fill out our short form be and we will contact you shortl

✓ - required fields

First Name:
Last Name:
State: Delaware
Country:
Contact Phone:
Best Time to Contact? Anytime
Email Address:
Question and
or Comments:

Submit

(Please click the "Submit" button ONLY O
This will take a short moment to proces

Hess | Kennedy. Managing Partner of Hess | Kennedy is Laura Hess. She is admitted for practice in Florida only. For cases outside of Florida Hess | Kennedy lawyers will request assistance from and associate with one of our hand-picked affiliate attorneys located throughout the country. An associated attorney will be compensated through Hess | Kennedy according to the work performed, in full compliance with the Florida Rules of Professional Conduct.

The hiring of a lawyer is an important decision that should not be based solely on advertisements. Before you decide ask us to send you written information about our Attorney / Lawyer qualifications and experience.

© 2007, All Rights Reserved, Hess | Kennedy



# HESS | KENNEDY

| Home | Services Offered | Our Business |

Contact Us

## Contact Us

**USA OFFICES:**
**Hess | Kennedy Coral Springs Florida**
210 North University Drive , Suite 900
Coral springs , FL 33071
Florida@hesskennedylaw.com
954-510.7840 Tel
954-633.2933 Fax



© 2007, All Rights Reserved, Hess | Kennedy

# EXHIBIT T

## COVER LETTER

**TO:** Amendment Section
Division of Corporations


**NAME OF CORPORATION:** LAURA HESS & ASSOCIATES, P.A.


**DOCUMENT NUMBER:** P05000075010

The enclosed *Articles of Amendment* and fee are submitted for filing.

Please return all correspondence concerning this matter to the following:


LAURA HESS, ESQUIRE
(Name of Contact Person)


LAURA HESS & ASSOCIATES, P.A.
(Firm/ Company)


210 NORTH UNIVERSITY DRIVE #900
(Address)


CORAL SPRINGS, FL 33071
(City/ State and Zip Code)

For further information concerning this matter, please call:


LAURA HESS, ESQUIRE                    at ( 954 ) 510-7840
(Name of Contact Person)                    (Area Code & Daytime Telephone Number)

Enclosed is a check for the following amount:

☐ $35 Filing Fee    ☑ $43.75 Filing Fee &    ☐ $43.75 Filing Fee &    ☐ $52.50 Filing Fee
                              Certificate of Status         Certified Copy            Certificate of Status
                                                                      (Additional copy is        Certified Copy
                                                                      enclosed)                    (Additional Copy
                                                                                                        is enclosed)

**Mailing Address**                    **Street Address**
Amendment Section                    Amendment Section
Division of Corporations              Division of Corporations
P.O. Box 6327                          Clifton Building
Tallahassee, FL 32314                2661 Executive Center Circle
                                              Tallahassee, FL 32301

## COVER LETTER

**TO:** Amendment Section
     Division of Corporations

**NAME OF CORPORATION:** *LAURA HESS & ASSOCIATES, P.A.*

**DOCUMENT NUMBER:** *P05000075010*

The enclosed *Articles of Amendment* and fee are submitted for filing.

Please return all correspondence concerning this matter to the following:

*LAURA HESS, ESQ*
(Name of Contact Person)

*LAURA HESS & ASSOCIATES, P.A.*
(Firm/ Company)

*210 N. University Dr. Suite 700*
(Address)

*CORAL SPRINGS FL 33071*
(City/ State and Zip Code)

For further information concerning this matter, please call:

*LAURA HESS* at ( *954* ) *510 - 7840*
(Name of Contact Person)      (Area Code & Daytime Telephone Number)

Enclosed is a check for the following amount:

☐ $35 Filing Fee     ☐ $43.75 Filing Fee &     ☐ $43.75 Filing Fee &     ☑ $52.50 Filing Fee
                 Certificate of Status       Certified Copy        Certificate of Status
                                     (Additional copy is       Certified Copy
                                     enclosed)            (Additional Copy
                                                       is enclosed)

**Mailing Address**            **Street Address**
Amendment Section            Amendment Section
Division of Corporations       Division of Corporations
P.O. Box 6327               Clifton Building
Tallahassee, FL 32314        2661 Executive Center Circle
                                   Tallahassee, FL 32301

**Articles of Amendment**
**to**
**Articles of Incorporation**
**of**

*FILED*

2000 FEB 27 AM 10: 57

LAURA HESS & ASSOCIATES, P.A.

SECRETARY OF STATE
TALLAHASSEE, FLORIDA

(Name of corporation as currently filed with the Florida Dept. of State)

P05000075010

(Document number of corporation (if known)

Pursuant to the provisions of section 607.1006, Florida Statutes, this *Florida Profit Corporation* adopts the following amendment(s) to its Articles of Incorporation:

## NEW CORPORATE NAME (if changing):

(Must contain the word "corporation," "company," or "incorporated" or the abbreviation "Corp.," "Inc.," or "Co.")
(A professional corporation must contain the word "chartered", "professional association," or the abbreviation "P.A.")

## AMENDMENTS ADOPTED- (OTHER THAN NAME CHANGE) Indicate Article Number(s)
and/or Article Title(s) being amended, added or deleted: (BE SPECIFIC)

ARTICLE III: THIS CORPORATION IS ORGANIZED FOR THE SOLE

AND SPECIFIC PURPOSE OF RENDERING PROFESSIONAL LEGAL SERVICES.

(Attach additional pages if necessary)

If an amendment provides for exchange, reclassification, or cancellation of issued shares, provisions for implementing the amendment if not contained in the amendment itself: (if not applicable, indicate N/A)

(continued)

**The date of each amendment(s) adoption:** February 26, 2008

**Effective date if <u>applicable</u>:** _____

(no more than 90 days after amendment file date)

**Adoption of Amendment(s)**     <u>(CHECK ONE)</u>

[✓] The amendment(s) was/were approved by the shareholders. The number of votes cast for the amendment(s) by the shareholders was/were sufficient for approval.

[ ] The amendment(s) was/were approved by the shareholders through voting groups. *The following statement must be separately provided for each voting group entitled to vote separately on the amendment(s):*

"The number of votes cast for the amendment(s) was/were sufficient for approval by _____."

(voting group)

[ ] The amendment(s) was/were adopted by the board of directors without shareholder action and shareholder action was not required.

[ ] The amendment(s) was/were adopted by the incorporators without shareholder action and shareholder action was not required.

Signature _____

(By a director, president or other officer - if directors or officers have not been selected, by an incorporator - if in the hands of a receiver, trustee, or other court appointed fiduciary by that fiduciary)

Edward Cherry
_____
(Typed or printed name of person signing)

Vice President (Non-Shareholder)
_____
(Title of person signing)

**FILING FEE: $35**

# EXHIBIT U

# THE CONSUMER LAW CENTER

A PROFESSIONAL ASSOCIATION

October 3, 2007

Via Federal Express

Registration Section
Division of Corporations
2661 Executive Center Circle
Tallahassee, FL 32301

Re:    The Consumer Law Center LC

The enclosed Articles of Amendment and fees are submitted for filing:

Please return all correspondence concerning this matter to the following:

Mike Norris
210 North University Drive #900
Coral Springs, FL 33071

Enclosed is a check in an amount equal to $25.00 filing fee.

SECRETARY OF STATE
TALLAHASSEE, FLORIDA

07 OCT -4 AM 11: 57

FILED

*210 NORTH UNIVERSITY DRIVE, SUITE 900*
*CORAL SPRINGS, FL 33071*
*954.510.7848 TELEPHONE*
*954.344.8438 TELECOPIER*

# THE CONSUMER LAW CENTER

### A PROFESSIONAL ASSOCIATION

ARTICLES OF AMENDMENT
TO ARTICLES OF ORGANIZATION
OF

## THE CONSUMER LAW CENTER LC

**First:**  The Articles of Organization were filed on December 4, 2006 and assigned document number L06000115625.

**Second:**  This amendment is submitted to amend the following:

**ARTICLE I:   Name**
The name shall be changed to:
The Consumer Law Center, LLC

**ARTICLE V**
The following managing members/managers should be <u>deleted</u>:

Title: MGR
Laura Hess, Inc.
Laura Hess, Esq.
210 North University Drive
Coral Springs, FL 33071 US

Title: MGR
David Lipman, P.A.
David Lipman, Esq.
3200 N. University Drive
Coral Springs, FL 33065 US

Title: MGR
Edward Cherry, Sol
10th Floor, 1 Stephen Street
London, W1T 1AT, UK

Title: MGR
Jeff Campos, P.A.
Jeff Campos, Esq.
3200 N. University Drive
Coral Springs, FL 33065 US

Title: MGR
Lee Stein, Esq.
123 NW 13th Street
Boca Raton, FL 33432 US

Title: MGR
Walter Chen, Sol
101 Cecil Street
Singapore, Singapore, SI

Title: MGR
David Kleiman, P.A.
David Kleiman, Esq.
954 West Grace Street
Chicago, IL 60613 US

Title: MGR
Mavrides, Moyal & Associates, LLP
Dean Mavrides, Esq.
1622 York Avenue
New York, NY 10028 US

SECRETARY OF STATE
TALLAHASSEE, FLORIDA
07 OCT -4  AM 11:51
FILED

# THE CONSUMER LAW CENTER

A PROFESSIONAL ASSOCIATION

**ARTICLE V**

The following managing members/managers should be **added:**

Title: MGR
The Consumer Law Center Partners
c/o The Consumer Law Center
210 North University Drive, Suite 901
Coral Springs, FL 33071

Dated: October 3, 2007

By: _____

Edward Cherry
Authorized Agent

07 OCT -4 AM 11: 57
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

FILED

# EXHIBIT V

Hess Kennedy Chartered
PO Box 41
Syosset, NY 11791
Phone: (800)711-1460 Fax: (866)384-3330

HESS | KENNEDY
CHARTERED

March 3, 2008

Via First Class Mail

**CONFIDENTIAL SETTLEMENT NEGOTIATIONS
INADMISSIBLE FOR ANY PURPOSE**

Marriott Rewards Visa
PO Box 15148
Wilmington, DE 19850-5148

Re: A`     _  G.  _____.
        Account #            -6100

Dear Representative:

The firm represents the above listed named consumer in regards to the referenced account. The above consumer is in the process of receiving a financial evaluation and is enrolled in a bankruptcy prevention service.

During the next 60-90 days, our counselors will be reviewing the consumer,s personal financial statements, including the above referenced account. In addition, we will be archiving and preparing a summary of all collection activities of any original creditor, third party collection agent or collection attorney.

We ask that your representatives not contact our client but instead direct any and all correspondence to our firm.  Contacting a consumer, which is known to be represented by a law firm, can be classified as a deceptive trade practice.  Your failure to abide by this request will result in our pursuing all legal and equitable remedies available under state and federal law.

Please direct any and all future correspondence to our attention, including the address and facsimile number of the division to which you would prefer all correspondence and information directed.

Sincerely,

Jeffery Campos
**Hess Kennedy Chartered**

cc: Alberto Gautreaux

HESS KENNEDY CHARTERED  |  PO BOX 41  |  SYOSSET  |  NY  |  11791