IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHASE BANK USA, N.A., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| HESS KENNEDY CHARTERED, LLC, : | |
| LAURA L. HESS, EDWARD T. KENNEDY, : | Civil Action No. 08-121-JJF |
| LAURA HESS & ASSOCIATES, P.A., : | |
| HESS KENNEDY HOLDINGS, LTD., : | |
| HESS KENNEDY COMPANY CHARTERED : | |
| BWI, THE CONSUMER LAW CENTER, LLC, : | |
| THE CONSUMER LAW CENTER OF DELRAY : | |
| BEACH, LLC, THE CONSUMER LAW : | |
| CENTER OF BOCA RATON, INC., THE : | |
| CAMPOS CHARTERED LAW FIRM, JEFF : | |
| CAMPOS, P.A., JEFFREY S. CAMPOS, LEGAL : | |
| DEBT CENTER, LLC, : | |
| : | |
| Defendants. : | |

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1.4, Chase Bank USA, N.A. ("Chase") respectfully requests oral argument on its Motion to Strike Defendants' May 5, 2008 Memorandum, D.I. 12, which Chase filed in response to the defendants' allegation that Chase had misled the Court. On June 9, 2008, a "Remark" in the docket stated that the defendants' response to Chase's Motion to Strike was due on June 23, 2008. The defendants filed their response on June 12, 2008, D.I. 13, and, thus, briefing is complete. Chase believes that oral argument on its motion to strike will clarify the record for the Court -- a record which has not been clarified by the defendants' submissions. Chase further respectfully requests oral argument on all other pending motions, specifically the defendants' Motion to Dismiss for Lack of Personal Jurisdiction, D.I. 5.

Dated: June 13, 2008

Respectfully submitted,

/s/ Beth Moskow-Schnoll
Beth Moskow-Schnoll (No. 2900)
BALLARD SPAHR ANDREWS
 & INGERSOLL, LLP
919 N. Market Street, 12th Floor
Wilmington, DE 19801
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
Email: moskowschnollb@ballardspahr.com

Attorney for Plaintiff
Chase Bank USA, N.A.

OF COUNSEL:

David H. Pittinsky, Esquire
Alan S. Kaplinsky, Esquire
Mark J. Levin, Esquire
BALLARD SPAHR ANDREWS
 & INGERSOLL, LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103
(215) 665-8500