IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHASE BANK USA, N.A., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| HESS KENNEDY CHARTERED, LLC; LAURA L. HESS; EDWARD T. KENNEDY; LAURA HESS & ASSOCIATES, P.A.; HESS KENNEDY HOLDINGS, LTD.; HESS KENNEDY COMPANY CHARTERED BWI; THE CONSUMER LAW CENTER, LLC; THE CONSUMER LAW CENTER OF DELRAY BEACH, LLC; THE CONSUMER LAW CENTER OF BOCA RATON, INC.; THE CAMPOS CHARTERED LAW FIRM; JEFF CAMPOS, P.A.; JEFFREY S. CAMPOS; LEGAL DEBT CENTER, LLC; JOHN DOES 1-50, | ) ) ) ) Civil Action No. 08-121-JJF ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF ERRATA IN DOCKET ENTRIES 23, 26-29, 33, 35

The undersigned counsel hereby submits this Notice of Errata in Docket Entries 23, 26-29, 33 and 35 and states that counsel's appearance in this action is only for the following entities: Hess Kennedy Chartered, LLC, Laura Hess & Associates, P.A., Hess Kennedy Holdings, Ltd., Hess Kennedy Company Chartered BWI, The Consumer Law Center, LLC, The Campos Chartered Law Firm, and Legal Debt Center, LLC (the "Receivership Entity Defendants"). The docket entries 23, 26-29, 33 and 35 inadvertently indicated an appearance for The Consumer Law Center of Delray Beach, LLC and The Consumer Law Center of Boca Raton, Inc. The Receiver's investigation has confirmed that these entities are not affiliates of the Receivership Entity Defendants and therefore the undersigned counsel does not appear on their behalf. The undersigned counsel respectfully requests the docket entries be corrected *nunc pro tunc* to omit

20646.1\391029v3

reference to these entities.  Counsel for Plaintiff and counsel for defendants Jeffrey S. Campos, Jeff Campos, P.A. and Laura L. Hess have been consulted in this regard and consent to this errata.

          PRICKETT, JONES & ELLIOTT, P.A.

By: *Laina M. Herbert* (signature)
Bruce E. Jameson (Bar ID #2931)
Laina M. Herbert (Bar ID #4717)
1310 King Street, Box 1328
Wilmington, Delaware 19899
(302) 888-6500
bejameson@prickett.com
lmherbert@prickett.com
*Counsel for Hess Kennedy Chartered, LLC, Laura Hess & Associates, P.A., Hess Kennedy Company Chartered BWI, Consumer Law Center, LLC, Campos Chartered Law Firm, Legal Debt Center, LLC, and Hess Kennedy Holdings, LLC*

Dated:  January 27, 2009