IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHASE BANK USA, N.A., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 08-121-LPS-MPT |
| LAURA L. HESS, ET AL., | : |
| Defendants. | : |

### ORDER

WHEREAS, Magistrate Judge Thynge issued a Report and Recommendation (D.I. 189) dated April 17, 2012;

WHEREAS, the Report and Recommendation recommends that the Court GRANT Plaintiffs' motion to dismiss Defendant Edward Cherry's counterclaim (D.I. 144).

WHEREAS, any Objections to the Report and Recommendation (D.I. 189) were to be filed by May 4, 2012;

WHEREAS, neither party has filed an Objection to the Report and Recommendation;

WHEREAS, the Court concludes that the Report and Recommendation should be adopted for the reasons stated by Magistrate Judge Thynge;

NOW THEREFORE, IT IS HEREBY ORDERED that the Report and Recommendation (D.I. 189) is **ADOPTED**, and Plaintiffs' motion to dismiss Defendant Edward Cherry's counterclaim (D.I. 144) is **GRANTED**.

Dated: May 23, 2012

UNITED STATES DISTRICT JUDGE